

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2016

No. 04-16-00240-CR

Clarence **WRIGHT,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0287
Honorable Jefferson Moore, Judge Presiding

## O R D E R

Debra Doolittle's notification of late record is hereby GRANTED. The reporter's record is due no later than November 28, 2016. Further requests for extension of time will be disfavored.

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2016.

Keith E. Hottle
Clerk of Court